Catherine A. GREENE, applt., v. INTERNATIONAL RAILWAY CO., respt. (Supreme Court, Appellate Division, Fourth De-

partment. April 19, 1916.) Order, so far as appealed from, affirmed, with $10 costs and disbursements. All concur.